**Electronically Filed
Supreme Court
SCWC-15-0000705
12-DEC-2018
12:43 PM**

SCWC-15-0000705

IN THE SUPREME COURT OF THE STATE OF HAWAII

NANCY E. McGEE,
Petitioner/Plaintiff-Appellant/Appellant,

vs.

CAMPAIGN SPENDING COMMISSION, STATE OF HAWAIʻI, CALVIN K.Y. SAY,
and FRIENDS OF CALVIN SAY, an unincorporated candidate committee,
Respondents/Defendants-Appellees/Appellees.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP 15-0000705; CIV. NO. 15-1-0491)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Pollack and Wilson, JJ., Circuit Judge
Crabtree, in place of Nakayama, J., recused, and Circuit
Judge Kawamura, in place of McKenna, J., recused)

Petitioner/Plaintiff-Appellant/Appellant Nancy E. McGee's
application for writ of certiorari, filed on November 1, 2018, is
hereby rejected.

DATED: Honolulu, Hawaiʻi, December 12, 2018.

/s/ Mark E. Recktenwald

/s/ Richard W. Pollack

/s/ Michael D. Wilson



/s/ Jeffrey P. Crabtree

/s/ Shirley M. Kawamura